NUMBER
13-10-00097-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE INTEREST OF
G.G. AND G.G.G., CHILDREN

____________________________________________________________

 

                             On
Appeal from the 267th District Court 

                                        of
Victoria County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                Before
Chief Justice Valdez and Justices Yañez and Garza

Memorandum Opinion
Per Curiam

 








Pro
se appellant, Gabriel
C. Garcia, perfected an appeal from a judgment entered by the 267th District
Court of Victoria County, Texas, in cause number 09-11-69365-C.  Appellant has
filed a motion to dismiss the appeal on grounds that he no longer wants to
proceed with the appeal.  Appellant requests that this Court dismiss the
appeal.

The
Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a). 
Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

15th day of July, 2010.